IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID ESPINOZA, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:23-CV-751-DII |
| STATE FARM LLOYDS, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On September 16, 2024, the Court entered an order granting Defendant's motion for summary judgment and dismissing Plaintiff's claims. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on September 17, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE